UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6228**
18 U.S.C. 701
CR-HURLEY

UNITED STATES OF AMERICA,  :

v.  :  **MAGISTRATE JUDGE VITUNAC**

DAVID SIESS,  :

DEFENDANT.  :

FILED by _____ D.C.
AUG 1 4 2000
CLARENCE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INFORMATION

The United States Attorney charges that:

### COUNT 1

Beginning on or about March 30, 2000, and continuing until on or about April 7, 2000, in Broward County, in the Southern District of Florida, the defendant,

### DAVID SIESS,

knowingly and willfully manufactured and thereafter possessed United States Military identification cards, of the design prescribed by the head of a department of the United States, that is, the Secretary of the United States Department of Defense, for use by an officer and employee thereof, which were not authorized under regulations made pursuant to law, in that the identifications were counterfeit.

In violation of Title 18, United States Code, Section 701, and Title 18, United States Code, Section 2.

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| DAVID SIESS | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)     Yes ____    No _X_
Number of New Defendants ____
Total number of counts ____

____ Miami  ____ Key West
_X_ FTL    ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) NO _____
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_      Petty      ____
   II   6 to 10 days     ____     Minor      ____
   III  11 to 20 days    ____     Misdem.    _X_
   IV   21 to 60 days    ____     Felony     ____
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) ___NO___
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) ___NO___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*[signature]*

STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500048

*Penalty Sheet(s) attached                                REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __DAVID SIESS__    No.: _____

Count #I:
Possession and Manufacturing of Counterfeit U.S. Government Identifications
 (18:701)
*Max Penalty: 6 months' imprisonment and $5,000 fine

Count #II:
_____
_____
*Max Penalty: _____

Count #:
_____
_____
_____
*Max Penalty: _____


Count # :
_____
_____
_____
*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN    DISTRICT OF    FLORIDA

UNITED STATES OF AMERICA

v.

DAVID SIESS

**WAIVER OF INDICTMENT**

CASE NUMBER: **00-6228**

.CR-HURLEY

MAGISTRATE JUDGE
VITUNAC

I, DAVID SIESS, the above named defendant, who is accused of possession and manufacture of counterfeit U.S. Government identifications, in violation of Title 18, United States Code, Section 701, being advised of the nature of the charge, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DAVID SIESS
DEFENDANT

_____
MARTIN JAFFE
COUNSEL FOR DEFENDANT

Before _____
CHIEF UNITED STATES MAGISTRATE JUDGE