NIGHT BOX
FILED

SEP 1 5 2000

CLERK, USDC / SDFL / WPB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6228-CR-HURLEY

UNITED STATES OF AMERICA   )
   )
   )
   )
v.   )
   )
DAVID SIESS,
   )
   )
   )
   )
   Defendant.   )
   )

## GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

   A.   1.   The defendant made no recorded or written statements. He did give an interview, a report of which is attached.

        2.   See above.

        3.   No defendant testified before the Grand Jury.



4.  A copy of the defendant's criminal history will be provided as soon as received by this office.

5.  Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant are attached. These documents are copies of the FedEx airbill, the true identification cards, the counterfeit identification cards, and envelopes with contents.

6.  There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B.      DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.      The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976). At present, the undersigned AUSA is unaware of any Brady information.

D.      The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959). At present, no government witnesses have received any benefits of this type.

E.      The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial. At present, the government does not expect to be calling any such witness at trial.

F.      The defendant was not identified in a show up.

G.      The government has advised its agents and officers

involved in this case to preserve all rough notes.

H.     The government will timely advise the defendant of
       its intent, if any, to introduce during its case
       in chief proof of evidence pursuant to F.R.E.
       404(b).  You are hereby on notice that all
       evidence made available to you for inspection, as
       well as all statements disclosed herein or in any
       future discovery letter, may be offered in the
       trial of this cause, under F.R.E. 404(b) or
       otherwise (including the inextricably-intertwined
       doctrine).


I.     The detendant is not an aggrieved person, as
       defined in Title 18, United States Code, Section
       2510(11), of any electronic surveillance.

J.     The case was never presented to a Grand Jury, so
       there are no transcripts.

K.     No contraband is involved in this indictment.

L.     The government does not know of any automobile,
       vessel, or aircraft allegedly used in the
       commission of this offense that is in the
       government's possession.

M.     The government is not aware of any latent
       fingerprints or palm prints which have been
       identified by a government expert as those of the
       defendant.

N.     To date, the government has not received a request
       for disclosure of the subject-matter of expert
       testimony that the government reasonably expects
       to offer at trial.

O.     The government will make every possible effort in
       good faith to stipulate to all facts or points of
       law the truth and existence of which is not
       contested and the early resolution of which will
       expedite trial.

P.     At the discovery conference to be scheduled in
       Section A.5, above, the government will seek
       written stipulations to agreed facts in this case,
       to be signed by the defendant and defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial. In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was as specified in the indictment.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
STEVEN R. PETRI
Assistant United States Attorney
Federal Bar No. A5500048
500 East Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255 Ex. 3599
Fax: (954) 356-7366

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by Federal Express this day of September, 2000 to: Martin J. Jaffe, Emerald Lake Corporate Park, 3111 Stirling Road, Post Office Box 9057, Fort Lauderdale FL 33310-9057.

_____
Steven R. Petri
Assistant United States Attorney

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription _____04/14/00_____

         DAVID M. SEISS, 11636 NW 19 Drive, Coral Springs,
Florida, telephone number (954) 345-4376, cellular number (954)
931-8277; date of birth - August 25, 1966; was recontacted at his
residence by Special Agents Randall Temples, United States Secret
Service (USSS), and Daniel H. Tejada, Federal Bureau of
Investigation (FBI).  The purpose of the visit was to return the
unused airline tickets to Indianapolis previously received from
SEISS.  After being advised of the identity of SA Tejada, SEISS
expressed concern that investigating agent would contact the
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA) and adversely
affect his livelihood.  SEISS was advised that it was not the
purpose of this investigation to inform the NCAA of any anomalies
in the process of procuring sporting event tickets and that he
would not be taken into custody.  SEISS indicated that he had
been instructed by his attorney not to provide a statement
regarding this matter but then proceeded to voluntarily furnish
the following information:

         SEISS advised that he got the Armed Forces of the
United States, U.S. Marine Corps Reserve identification card in
the name of SEAN M. BRENNAN, Social Security Number (SSN) 146-60-
2356, from BRENNAN who is a long time friend of his and who lives
in Westfield, New Jersey, telephone number (908) 301-1317.

         SEISS is in the business of selling tickets to major
events and had arranged to purchase tickets for the NATIONAL
COLLEGIATE ATHLETIC ASSOCIATION (NCAA) Final Four Basketball
Championship games in which the UNIVERSITY OF FLORIDA (UF) was
playing at Indianapolis, Indiana.  SEISS' partners, GARY DANIEL
SCHATZ (GARY) and EDWARD M. GRIFFITH, also known as (aka) "Ned"
(NED), contacted students at the UF and arranged to have the
students purchase the tickets through the UF (Athletic) Gator
ticket office.  The tickets had to be picked up in Indianapolis.
NCAA regulations required that two pieces of identification such
as a valid driver's license or military identification card, be
presented by the students when they picked up the tickets.  The
students gave NED and GARY their student identification cards and
the receipt for the tickets that they purchased.  GARY and NED
recruited students from fraternities including the following:
Omicron-Omicron, Kappa-Alpha, and Phi-Sigma-Kappa.  A total of
twenty-four to thirty tickets were purchased in this fashion.

Investigation on ___04/11/00___ at _Coral Springs, Florida_____

File # _46A-MM-94824_____     Date dictated ___04/14/00___

by _SAs RANDALL TEMPLES & DANIEL H. TEJADA/dht_____

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FD-302a (Rev. 10-6-95)

46A-MM-94824

Continuation of FD-302 of   DAVID M. SEISS _____ , On 04/11/00 , Page   2

        SEISS does not personally know JERRY LINSEY GOUGER, SSN
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, whose Armed Forces of the United States, U.S. Army
Reserve, identification card was among the documents sent by
SEISS via Federal Express courier service to Indianapolis,
Indiana.  SEISS indicated that LINSEY was a personal friend of
both NED and GARY.

        SEISS advised that he sent the original military and
student identification cards to CREATE ONE FOR ME (4416 NW 99
Avenue, Sunrise, Florida, telephone number 954-746-5199), in
order to have the counterfeit identification cards prepared.
SEISS' point of contact at CREATE ONE FOR ME is SHERRIE (last
name unknown)(lnu).  The package included a completed Federal
Express airbill, number 818394003509, which was prepared by SEISS
along with the original identification cards and receipts for the
NCAA Final Four Basketball game tickets.

        Initially the people at CREATE ONE FOR ME refused to
provide this service but conceded to do it once he explained to
them that the sole purpose of the counterfeit identification
cards was to purchase the NCAA Basketball Game tickets.  SEISS
spoke with SHERRIE and the Manager, VIKKI (lnu).

        On March 1, 2000, SEISS purchased airline tickets to
travel to Indianapolis on March 30, 2000, and return on Tuesday
April 4, 2000; however, prior to his travel, SEISS was informed
by SHERRIE and VIKKI that the person they had contracted to
laminate the cards had contacted the FBI.  SEISS was told that
the contractor became suspicious about the military ID cards and
thought that they might be used to facilitate a terrorist act.
SEISS was given the contractors telephone number and proceeded to
call him.

        The Federal Express package was forwarded to
Indianapolis by the laminator.  SEISS flew to Indianapolis where
he met with GARY and NED to see the game, but did not pick up the
Federal Express package fearing that he would be taken into
custody.  SEISS advised that they were only able to pick up seven
or eight of the tickets which they had purchased because they did
not have the identification cards.  SEISS thought that the FBI
would be looking for him at the airport and decided to drive back
to Florida from Indiana instead of using his return airline

FD-302a (Rev. 10-6-95)

46A-MM-94824

Continuation of FD-302 of    DAVID M. SEISS _____ , On 04/11/00 _____ , Page    3

ticket.  SEISS indicated that because there was a return address
on the Federal Express package, he knew that it would eventually
find its way back to him and had therefore proceeded to call his
attorney.

    SEISS advised that CREATE ONE FOR ME was not in the
business of producing counterfeit identification cards but had
done this as a personal favor to him because of their long time
business relation.  Last year, SEISS also used CREATE ONE FOR ME
to create counterfeit OHIO STATE UNIVERSITY student
identification cards when that school was in the Final Four
Championship game. The OHIO STATE student identification cards in
the Federal Express package were for the tickets that they
purchased for last year's game.  NED previously attended OHIO
STATE and was able to recruit the student to buy the tickets.  In
order to pick up the tickets last year, SEISS had separate
AMERICAN EXPRESS cards issued for some of the students which were
used as the second form of ID.

    SEISS advised that neither NED nor GARY were in the
Armed Forces of the United States.  SEISS was previously in the
United States Army and served on Active Duty.  He later served
with the National Guard for a while.  SEISS is no longer in the
Reserves and lost the last military ID card which was issued to
him.  As a character reference, SEISS furnished the name of one
of the students at UF, ADAM SCHER, telephone number (352) 381-
9231.  SEISS described NED and GARY as "Beach Bums" who like to
go to the beach.  GARY is a student at FLORIDA INTERNATIONAL
UNIVERSITY and works part time doing odd jobs.  NED's father owns
the house where GARY and NED live.

**FedEx** USA Airbill  Tracking Number **8183 9400 3509**

**1 From**  Please print and press hard.

Date **3-30-00**

Sender's FedEx Account Number **2365-3481-2**

Sender's Name **David**

Company **DAVID SIESS MANAGEMENT**

Address **11635 NW 19TH DR**

City **CORAL SPRINGS**  State **FL**  ZIP **33071**

Phone ( **954** ) **345-2441**

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name **Ned Griffith**  Phone ( **954** ) **431-8277**

Company **c/o Federal Express**

Address **7105 W. Morris St.**

City **Westside**  State **IN**  ZIP **46241**

**100**

**12**

**-98**
**49**

**01265347722**

**4a Express Package Service**   Packages up to 150 lbs.
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight

**4b Express Freight Service**
- [ ] FedEx 2Day
- [ ] FedEx 2Day Freight
- [ ] FedEx Express Saver
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight

**5 Packaging**
- [ ] FedEx Letter
- [X] FedEx Pak
- [ ] Other Pkg.

**6 Special Handling**
- [ ] SATURDAY Delivery

**7 Payment** Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

**8 Release Signature**

Total Packages **1**  Total Weight **2**  Total Declared Value **$ 100.00**

**359**

**Sender's Copy**

P.05




ARMED FORCES OF THE UNITED STATES
U.S. MARINE CORPS RESERVE

22 JUL 95



FLORIDA INTERNATIONAL UNIVERSITY

GARY D.
SCHATZ

25



The Sunshine State

IDENTIFICATION NUMBER
G613-233-67-175-0

EDWARD M GRIFFITH
316 TYLER ST #2
HOLLYWOOD, FL 33019-0000

BIRTH DATE        SEX        HGT.
05-15-67          M          6-01

ISSUED      EXPIRES      DUPLICATE
01-11-99    05-15-04     00-00-00

Florida

NOT A DRIVER LICENSE

RESIDENT: YES

IDENTIFICATION PURPOSES ONLY



STUDENT

600908 502 953 4535 000



The Sunshine State

IDENTIFICATION NUMBER
S320-284-70-342-0

GARY DANIEL SCHATZ
348 TYLER STREET #1
HOLLYWOOD, FL 33019-0000

BIRTH DATE        SEX        HGT.
09-22-78          M          6-01

ISSUED      EXPIRES      DUPLICATE
01-04-00    09-22-04     00-00-00

Florida

ORGAN DONOR

NOT A DRIVER LICENSE

RESIDENT: YES

IDENTIFICATION PURPOSES ONLY



STUDENT
DUSTIN ICHIDA

600908 269 088 2513 000



STUDENT
AARON WANGLER

600908 258 074 4053 000



*Laurinda M Martins*

UNIVERSITY OF FLORIDA
**GATOR TICKET OFFICE**
UNIVERSITY ATHLETIC ASSOCIATION, INC.
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485

Nº 14960

# RECEIPT

Date 3/27/00

Name LAURINDA MARTINS

Address _____

Social Security/Corporate I.D.# 515815 25 / Phone # (352) 378-9031

| CASH | CHECK | STUDENT | GENERAL PUBLIC | OTHER | |
|------|-------|---------|----------------|-------|---|
| QUAN | CODE | DESCRIPTION | | AMOUNT | |
| 1 | 39 | MBB FINAL 4 | | 120 | — |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | HANDLING | 4 | — |
| | | | TOTAL | 121 | 00 |

RECEIVED BY: _____

P.07



Julie Cromer

1000860143182601b

Julie Morgan Cromer

2001 434 8260169

UNIVERSITY OF FLORIDA
**GATOR TICKET OFFICE**
UNIVERSITY ATHLETIC ASSOCIATION, INC.
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485

№ 14709

**RECEIPT**

Date 3/27/00

Name JULIE CROMER

Address _____

Social Security/Corporate I.D. 543-42-533   Phone # (354) 846-833

| CASH | CHECK | STUDENT | GENERAL PUBLIC | OTHER | |
|------|-------|---------|----------------|-------|--|
| QUAN | CODE | DESCRIPTION | | | AMOUNT |
| 1 | 39 | MBB FINAL FC2 2 | | | 20 — |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | HANDLING | | 1 — |
| | | | TOTAL | | 24 |



Heather Grace Murp[...]

UNIVERSITY OF FLORIDA
GATOR TICKET OFFICE
UNIVERSITY ATHLETIC ASSOCIATION, INC.
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485

No 14962

**RECEIPT**

Date 3/27/00

Name HEATHER MURPHY

Address

Social Security/Corporate I.D. # 594-52-0[...]   Phone ( ) 3[...]

| CASH | CHECK | | | OTHER |
|------|-------|---------|----------------|-------|
| QUAN | CODE | STUDENT | GENERAL PUBLIC | |
| | | DESCRIPTION | | AMOUNT |
| 1 | 3[?] | [...] | | 120 — |



UNIVERSITY OF FLORIDA
GATOR TICKET OFFICE
UNIVERSITY ATHLETIC ASSOCIATION, INC.
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485

№ 14961

## RECEIPT

Date 3/27/00

Name ANGELA DAVIS

Address _____

Social Security/Corporate I.D. # 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    Phone # (352) 337-191

| CASH | CHECK | STUDENT | GENERAL PUBLIC | OTHER | |
|------|-------|---------|----------------|-------|--|
| QUAN | CODE | DESCRIPTION | | AMOUNT | |
| 1 | 39 | MBB FINAL 4 | | 120 | — |
| | | | | | |
| | | | | | |
| | | HANDLING | | 4 | — |
| | | TOTAL | | 124 | 00 |

RECEIVED BY: _____

UAA #03



Mark Gilbert Welch
KA

UNIVERSITY OF
FLORIDA
Mark Gilbert Welch

Mark Gilbert Welch

GATOR

UNIVERSITY OF FLORIDA    N⍜  14711
GATOR TICKET OFFICE
UNIVERSITY ATHLETIC ASSOCIATION, INC.
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485
RECEIPT

Date __3/27/2000__

Name __MARK Welch__

Address __591 36 9735__

Social Security/Corporate I.D.# _____    Phone # _____

| CASH | CHECK | STUDENT | GENERAL PUBLIC | OTHER | |
|------|-------|---------|----------------|-------|--|
| QUAN | CODE | DESCRIPTION | | AMOUNT | |
| 1 | BB Final 4 TK | | | 120 | |
| | | | HANDLING | | |
| | | | TOTAL | 120 | |

RECEIVED BY:



DAvid Ryan Hill 00

\#
500860350855201S

UNIVERSITY OF FLORIDA
**GATOR TICKET OFFICE**       N⁰  14707
UNIVERSITY ATHLETIC ASSOCIATION, INC.
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485

## RECEIPT

Date  3/27/2000

Name  DAVID RYAN HILL

Address
224 21 1095

Social Security/Corporate I.D.# _____  Phone # _____

| CASH | CHECK | STUDENT | GENERAL PUBLIC | OTHER |
| --- | --- | --- | --- | --- |
| QUAN | CODE | DESCRIPTION | | AMOUNT |
| 1 | | FINA4 TX BB @ 120 | | 120 |
| | | | HANDLING | 4 |
| | | | TOTAL | |

RECEIVED BY



Guilherme C Melo

UNIVERSITY OF FLORIDA
**GATOR TICKET OFFICE**
UNIVERSITY ATHLETIC ASSOCIATION, INC.
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485

№ 14706

## RECEIPT

Date 3/27/2000

Name Guilherme C Melo

Address 546 63486

Social Security/Corporate I.D.# _____    Phone # _____

| CASH | CHECK | STUDENT | GENERAL PUBLIC | OTHER |
|------|-------|---------|----------------|-------|
| QUAN | CODE | DESCRIPTION | | AMOUNT |
| 1 | | Final 4 BB TK | | 120 |
| | | | | |
| | | | HANDLING | 4 |
| | | | TOTAL | 124 |

RECEIVED BY: Kris

UAA #93

P.13



UNIVERSITY OF
**FLORIDA**
Chris Derek Dennison

Chris Derek Dennison

GA**T**OR

Chris Derek Dennison

KA

UNIVERSITY OF FLORIDA
GATOR TICKET OFFICE
UNIVERSITY ATHLETIC ASSOCIATION, INC.
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485

№ 14718

**RECEIPT**

Date 3/27/2000

Name Chris Dennison

Address 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

Social Security/Corporate I.D.# _____ Phone # _____

| CASH | CHECK | STUDENT | GENERAL PUBLIC | OTHER |
|---|---|---|---|---|
| QUAN | CODE | DESCRIPTION | | AMOUNT |
| 1 | Final 4 BB TK | | | 120 — |
| | | | HANDLING | 4 — |
| | | | TOTAL | 124 — |

RECEIVED BY: Kris

UAA #97

P.14



UNIVERSITY OF FLORIDA
Gene Benjamin Eanett

*Gene Benjamin Eanett*
*KA*

UNIVERSITY OF FLORIDA    № 14712
GATOR TICKET OFFICE
UNIVERSITY ATHLETIC ASSOCIATION, INC.
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485

## RECEIPT

Date 3/27/2000

Name *Gene Eanett*

Address

592 10 7028

Social Security/Corporate I.D.#              Phone #

| CASH | CHECK | STUDENT | GENERAL PUBLIC | OTHER |
|------|-------|---------|----------------|-------|
| QUAN | CODE | DESCRIPTION | | AMOUNT |
| 1 | | Final 4 BB TK | | 120 |
| | | | HANDLING | 1 |
| | | | TOTAL | 120 |

RECEIVED BY: _____ RLS



FLORIDA
Jeffrey R Weniger

ID# 60099... 104016

Jeffrey R Weniger

2002047104016

GA1OR

Jeffrey K. Weniger
ФEK

UNIVERSITY OF FLORIDA
GATOR TICKET OFFICE
UNIVERSITY ATHLETIC ASSOCIATION, INC.
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485

Nọ 14958

**RECEIPT**

Date 3/27/2000

Name Jeffrey Weniger

Address 594 14 8982

Social Security/Corporate I.D.# _____ Phone # _____

| CASH | CHECK | STUDENT | GENERAL PUBLIC | OTHER |
|------|-------|---------|----------------|-------|
| QUAN | CODE | DESCRIPTION | | AMOUNT |
| 1 | Final 4 BB TK | | | 120— |
| | | | HANDLING | 4 |
| | | | TOTAL | 124 |

R1G



UNIVERSITY OF
FLORIDA
Rhett Matthew Davis

Rhett Matthew Davis

*Rhett Matthew Davis*
*KA*

UNIVERSITY OF FLORIDA
GATOR TICKET OFFICE
UNIVERSITY ATHLETIC ASSOCIATION, INC.
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485

№ 14717

RECEIPT

Date 3/27/2000

Name Rhett Davis

Address

593 54 6389

Social Security/Corporate I.D.#            Phone #

| CASH | CHECK | STUDENT | GENERAL PUBLIC | OTHER |
|------|-------|---------|----------------|-------|
| QUAN | CODE | DESCRIPTION | | AMOUNT |
| 1 | | Final Four BB TK. | | 120— |
| | | | HANDLING | 4 |
| | | | TOTAL | 124— |

RECEIVED BY. KRL3

UAA #93

Jason Marc
Kopakin

600086000767640114

20000 76764013



UNIVERSITY OF FLORIDA
GATOR TICKET OFFICE
UNIVERSITY ATHLETIC ASSOCIATION, INC.
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485

№ 14708

## RECEIPT

Date 3/27/2000

Name JASON M. KOPAKIN

Address _____

Social Security/Corporate I.D. # 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   Phone 352 846-98

| CASH | CHECK | STUDENT | GENERAL PUBLIC | OTHER | |
|------|-------|---------|----------------|-------|---|
| QUAN | CODE | DESCRIPTION | | | AMOUNT |
| 1 | 34 | MBB FINAL FOUR | | | 120 — |
| | | | | | |
| | | | | | |
| | | | | | |



*David Frank Bromberg*

UNIVERSITY OF FLORIDA

David Frank Bromberg

UNIVERSITY OF FLORIDA     №   14715
GATOR TICKET OFFICE
UNIVERSITY ATHLETIC ASSOCIATION, INC.
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485

## RECEIPT

Date: 3/27/2000

Name: David Bromberg

Address: 023-68 1808

Social Security/Corporate I.D.# _____ Phone # _____

| CASH | CHECK | STUDENT | GENERAL PUBLIC | | OTHER | |
|------|-------|---------|----------------|--|-------|--|
| QUAN | CODE | DESCRIPTION | | | AMOUNT | |
| 1 | | Final 4 BB TK | | | 120 | |
| | | | | HANDLING | 4 | |
| | | | | TOTAL | 124 | |

RECEIVED BY: _____ KRIS _____

UAA #93



Michael Ann Sayre
ΦΣK

UNIVERSITY OF
FLORIDA
Michael Alan Sayre

UNIVERSITY OF FLORIDA          № 14957
GATOR TICKET OFFICE
UNIVERSITY ATHLETIC ASSOCIATION, INC.
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485
**RECEIPT**

Date 3/27/2000

Name Michael Sayre

Address 260 39 7448

Social Security/Corporate I.D.# _____    Phone # _____

| CASH | CHECK | STUDENT | GENERAL PUBLIC | OTHER |
|------|-------|---------|----------------|-------|

| QUAN | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 1 | | Final 4 - BB TK | 120 — |
| | | | |
| | | HANDLING | 4 |
| | | TOTAL | 124 — |

RECEIVED BY: _Kris_

UAA #93



Ari Ben Luxenberg
BEK

UNIVERSITY OF FLORIDA

UNIVERSITY OF FLORIDA    № 14713
GATOR TICKET OFFICE
UNIVERSITY ATHLETIC ASSOCIATION, INC.
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485
RECEIPT

Date 3/27/2000
Name Ari Luxenberg
Address 589 03 4423

Social Security/Corporate I.D.# _____    Phone # _____

| CASH | CHECK | STUDENT | GENERAL PUBLIC | OTHER |

| QUAN | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 1 | | Fina 4 BB Tk | 120 |
| | | HANDLING | 4 |
| | | TOTAL | 124 |

RECEIVED BY: Kris

UAA #93

Matthew James Bosang



UNIVERSITY OF FLORIDA
**GATOR TICKET OFFICE**
**UNIVERSITY ATHLETIC ASSOCIATION, INC.**
P.O. BOX 14485, GAINESVILLE, FLORIDA 32604-2485

№ 14956

**RECEIPT**

Date 2/27/2000

Name *Matthew Bosang*

Address

39616  8331

Social Security/Corporate I D # _____ Phone # _____

| CASH | CHECK | STUDENT | GENERAL PUBLIC | | OTHER |
|------|-------|---------|----------------|--|-------|
| QUAN | CODE | DESCRIPTION | | | AMOUNT |
| 1 | | Final 4 BB TK | | | 120— |
| | | | | HANDLING | 4 |
| | | | | TOTAL | 124 |

UNIVERSITY OF FLORIDA
Matthew James Bosang

RECEIVED BY: *Kris*

UAA #93

GATOR

Matthew James Bosang

# Expedia.com

**SIESS/DAVID.MICHAEL.**
CA-93*1000
TKT-3661530491719
INV-474554    TTL TKT AMOUNT-    239.00

PAGE 1 OF 1
01MAR00
PNR: 1P-2U2OJU

: SHIPPING-NO.
: PHONE- 954-345-4376
: EXPEDIA ITINERARY NUMBER- 1966823680
:
**DAVID SIESS**
**D.S.M. INC.**
**11636 NW 19 DRIVE**
**CORAL SPRINGS FL 33071**
: REMINDER - SCHEDULE CHANGES AND OTHER
: ITINERARY UPDATES WILL BE COMMUNICATED
: VIA EMAIL AND WILL BE REFLECTED ON LINE
: IN EXPEDIA
: ...
: THE TICKETS ENCLOSED ARE ACCOUNTABLE
: DOCUMENTS, DO NOT DISCARD/ DESTROY/
: OR EXPOSE TO EXTREME HEAT
:

# Expedia.com

**SIESS/DAVID.MICHAEL.**
CA-93*1000
INV-474554    TKT-3661530491719
AIR- 212.10    TAX- 26.90    TTL AIR- 239.00

PAGE 1 OF 1
01MAR00
PNR: 1P-2U2OJU

| 30MAR | 727 | TZ | 476 | DEPART: FT LAUDERDALE | 10:35AM | NONSTOP | SEAT:AT CK-IN (CLASS-Q) |
| THURSDAY | | ATA | | ARRIVE: INDIANAPOLIS | 1:20PM | | |
| 04APR | 727 | TZ | 477 | DEPART: INDIANAPOLIS | 7:00AM | NONSTOP | SEAT:AT CK-IN (CLASS-Q) |
| TUESDAY | | ATA | | ARRIVE: FT LAUDERDALE | 10:40AM | | |

EXPEDIA ITINERARY NUMBER 1966823680
PLEASE REFER TO YOUR ON-LINE EXPEDIA.COM
ITINERARY FOR ALL CAR AND HOTEL INFORMATION
PLEASE REFER TO YOUR ON-LINE EXPEDIA

**THANK YOU FOR YOUR BUSINESS**

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

1/474554 CA/93*1000
**PASSENGER RECEIPT**    SITI

**ARC** X
FF
ISSUED BY
**ATA**    XXXXX    A11517270    SIESS/DAVID.MICHAEL
NAME OF ISSUING AGENT    PLACE OF ISSUE    AGENT CODE    NAME OF PASSENGER
**EXPEDIA.COM**    ATLANTA GA    US01MAR00    FLLINDTZ 476Q 30MAR
**SIESS/DAVID.MICHAE 2U2OJU/1P QNR**    9 5235/    OINDFLLTZ 477Q 04APR
**NOT VALID FOR**    **THIS IS YOUR RECEIPT**    M3J/8B
**TRANSPORTATION***
NON-REFUNDABLE/PNLTY FOR CHGS
FP AX37327*0060391150 12-01/ M 850414 /FC FLL TZ IND 106.05TZ FLL 106.05USD212.10END
TZ ZPFLLIND XF FLL3IND3 /FB QNR QNR

| XF | 6.00 | | |
| USD | 212.10 | | |
| US | 15.90 | | **NOT VALID FOR TRAVEL** |
| ZP | 5.00 | 60516393954 | 366 1530491717 2 |
| USD | 239.00 | | 366 1530491719 2 |











PROPERTY OF THE UNITED STATES GOVERNMENT
IDENTIFICATION FOR PURPOSES OF THE GENEVA CONVENTION
RELATIVE TO TREATMENT OF PRISONERS OF WAR OF AUGUST 12, 1949

| DATE OF BIRTH | WEIGHT | HEIGHT | COLOR HAIR |
|---|---|---|---|
| 25JUN71 | 115 | 64 | BROWN |

| COLOR EYES | BLOOD TYPE | GENEVA CONVENTION CATEGORY |
|---|---|---|
| BROWN | B- | I |

DATE OF ISSUE  05OCT01   SIGNATURE OF ISSUING OFFICER

WARNING: For official use of the person identified hereon. Use or possession except as prescribed is unlawful and will make the offender liable to heavy penalty. 18USC 499, 506 and 701.

IF FOUND, PLEASE PROMPTLY RETURN TO THE NEAREST ARMED FORCES INSTALLATION OR PLACE IN NEAREST U.S. MAIL BOX
PROPERTY OF THE UNITED STATES GOVERNMENT



PROPERTY OF THE UNITED STATES
IDENTIFICATION FOR PURPOSES OF THE
RELATIVE TO TREATMENT OF PRISONERS OF W

| DATE OF BIRTH | WEIGHT | HEIGHT |
|---|---|---|
| 30JUL72 | 118 | 64 |

| COLOR EYES | BLOOD TYPE |
|---|---|
| BROWN | A- |

DATE OF ISSUE  08AUG02

CARD NO. A1900266

WARNING: For official use of the person identified hereon. Use or possession except as prescribed is unlawful and will make the offender liable to heavy penalty. 18USC 499, 506 and 701.

IF FOUND, PLEASE PROMPTLY RETURN TO THE NEAREST ARMED FORCES INSTALLATION OR PLACE IN
PROPERTY OF THE UNITED STATES GOV

PROPERTY OF THE UNITED STATES GOVERNMENT
IDENTIFICATION FOR PURPOSES OF THE GENEVA CONVENTION
RELATIVE TO TREATMENT OF PRISONERS OF WAR OF AUGUST 12, 1949

| DATE OF BIRTH | WEIGHT | HEIGHT | COLOR HAIR |
|---|---|---|---|
| 14AUG73 | 115 | 64 | BROWN |

| COLOR EYES | BLOOD TYPE | GENEVA CONVENTION CATEGORY |
|---|---|---|
| BROWN | A+ | I |

DATE OF ISSUE  14NOV01   SIGNATURE OF ISSUING OFFICER
Julie Morgan Crane

WARNING: For official use of the person identified hereon. Use or possession except as prescribed is unlawful, and will make the offender liable to heavy penalty. 18USC 499, 506 and 701.

IF FOUND, PLEASE PROMPTLY RETURN TO THE NEAREST ARMED FORCES INSTALLATION OR PLACE IN NEAREST U.S. MAIL BOX
PROPERTY OF THE UNITED STATES GOVERNMENT



PROPERTY OF THE UNITED STATES
IDENTIFICATION FOR PURPOSES OF
RELATIVE TO TREATMENT OF PRIS

| DATE OF BIRTH | WEIGHT |
|---|---|
| 13APR74 | 10 |

| COLOR EYES |
|---|
| BLUE |

DATE OF ISSUE  02DEC02

CARD NO. A1900266

WARNING: For official use of the
except as prescribed is unlawful, and
18USC 499, 506

IF FOUND, PLEASE PROMPTLY RETURN
FORCES INSTALLATION OR PLACE
PROPERTY OF THE UNITED STATES

















| DATE OF BIRTH | WEIGHT | HEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|
| 15JUN71 | 167 | 74 | BR | BR |

| DATE OF ISSUE | BLOOD TYPE | GENEVA CONV CATEGORY |
|---|---|---|
| 05NOV99 | B- | I |

DD FORM 2 (RESERVE)          PROPERTY OF US GOVERNMENT



Authorized
Signature



| DATE OF BIRTH | WEIGHT | HEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|
| 25APR70 | 167 | 74 | BR | BR |

| DATE OF ISSUE | BLOOD TYPE | GENEVA CONV CATEGORY |
|---|---|---|
| 15FEB99 | B- | I |

DD FORM 2 (RESERVE)          PROPERTY OF US GOVERNMENT



DATE OF BIRTH
15JUL74
COLOR EYES
BROWN
DATE OF ISSUE
02MAR99



| DATE OF BIRTH | WEIGHT | HEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|
| 20SEP69 | 167 | 74 | BR | BR |

| DATE OF ISSUE | BLOOD TYPE | GENEVA CONV CATEGORY |
|---|---|---|
| 05OCT98 | B- | I |

DD FORM 2 (RESERVE)          PROPERTY OF US GOVERNMENT



DATE OF BIRTH
14AUG73
COLOR EYES
BROWN
DATE OF ISSUE
14NOV99



DATE OF BIRTH
25JUN
COLOR EYES
BROWN
DATE OF ISSUE
05OCT99

















TOTAL P.38



This card is not transferable. It should be carried at all times and presented to any University official upon request. University of Florida Rules and Regulations govern this card and its use. Return found cards to any Lost and Found Office on campus or the ID Card Services Office, the Hub. Report lost or stolen cards immediately to 392-UFID.

Authorized Signature    David R. Hill

Activation as a NationsBank ATM Card subject to terms and conditions of NationsBank Customer Agreement for Electronic Funds Transfer Services, including notice provisions. In such case, this card is co-owned by NationsBank, N.A. If lost or stolen report immediately to 1-800-299-BANK.



This card is not transferable. It should be carried at all times and presented to any University official upon request. University of Florida Rules and Regulations govern this card and its use. Return found cards to any Lost and Found Office on campus or the ID Card Services Office, the Hub. Report lost or stolen cards immediately to 392-UFID.

Authorized Signature    Guilherme C.

Activation as a NationsBank ATM Card subject to terms and conditions of NationsBank Customer Agreement for Electronic Funds Transfer Services, including notice provisions. In such case, this card is co-owned by NationsBank, N.A. If lost or stolen report immediately to 1-800-299-BANK.

| DATE OF BIRTH | WEIGHT | HEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|
| 25JUN67 | 167 | 74 | BR | BR |

| DATE OF ISSUE | BLOOD TYPE | GENEVA CONV. CATEGORY |
|---|---|---|
| 05OCT99 | B- | I |

PROPERTY OF US GOVERNMENT

DD FORM 2 (RESERVE)

| DATE OF BIRTH | WEIGHT | HEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|
| 18OCT72 | 167 | 74 | BR | BR |

| DATE OF ISSUE | BLOOD TYPE | GENEVA CONV CATEGORY |
|---|---|---|
| 05AUG99 | B- | I |

PROPERTY OF US GOVERNMENT

DD FORM 2 (RESERVE)

PROPERTY OF THE UNITED STATES GOVERNMENT

IDENTIFICATION FOR PURPOSES OF THE GENEVA CONVENTION RELATIVE TO TREATMENT OF PRISONERS OF WAR OF AUGUST 12, 1949.

| DATE OF BIRTH | WEIGHT | HEIGHT | COLOR HAIR |
|---|---|---|---|
| 13APR72 | 167 | 71 | BBROWN |

| COLOR EYES | BLOOD TYPE | GENEVA CONVENTION CATEGORY |
|---|---|---|
| BLUE | O | I |

| DATE OF ISSUE | SIGNATURE OF ISSUING OFFICER |
|---|---|
| 02DEC98 | |

WARNING: For official use of the person identified hereon. Use or possession except as prescribed is unlawful, and will make the offender liable to heavy penalty. 18 USC 499, 506 and 701.

IF FOUND, PLEASE PROMPTLY RETURN TO THE NEAREST ARMED FORCES INSTALLATION OR PLACE IN NEAREST U.S. MAIL BOX.

PROPERTY OF THE UNITED STATES GOVERNMENT

| DATE OF BIRTH | WEIGHT | HEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|
| 25JUL72 | 167 | 74 | BR | BR |

| DATE OF ISSUE | BLOOD TYPE | GENEVA CONV CATEGORY |
|---|---|---|
| 05OCT98 | B- | I |

PROPERTY OF US GOVERNMENT

DD FORM 2 (RESERVE)

PROPERTY OF THE UNITED STATES GOVERNMENT

IDENTIFICATION FOR PURPOSES OF THE GENEVA CONVENTION RELATIVE TO TREATMENT OF PRISONERS OF WAR OF AUGUST 12, 1949.

| DATE OF BIRTH | WEIGHT | HEIGHT | COLOR HAIR |
|---|---|---|---|
| 30JUL73 | 159 | 73 | BROWN |

| COLOR EYES | BLOOD TYPE | GENEVA CONVENTION CATEGORY |
|---|---|---|
| BROWN | A- | I |

| DATE OF ISSUE | SIGNATURE OF ISSUING OFFICER |
|---|---|
| 08AUG99 | |

WARNING: For official use of the person identified hereon. Use or possession except as prescribed is unlawful, and will make the offender liable to heavy penalty. 18 USC 499, 506 and 701.

| DATE OF BIRTH | WEIGHT | HEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|
| 25FEB73 | 167 | 74 | BR | BR |

| DATE OF ISSUE | BLOOD TYPE | GENEVA CONV CATEGORY |
|---|---|---|
| 05OCT99 | B- | I |