RECEIVED & FILED IN OPEN COURT
ON _10-3-00_ AT
_1:00_ FLA.

Clarence Maddox, Clerk
United States District Court
Southern District of Florida

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

DAVID SIESS,

    Defendant.

_____/

CASE NO.: 00-6228-CR-HURLEY
Magistrate Judge Vitunac

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE COURT:**

You will please enter the appearance of the undersigned attorney for Defendant, DAVID SIESS, in the above-styled cause. Defendant respectfully requests, pursuant to Rule 49, Fed. R. Crim. P., and as directed by said Rule, that any and all motions, petitions, applications, requests, demands, memoranda, briefs, notices, discovery, orders, opinions, and all such similar paper of any nature or description, made or filed by anyone pertaining to any party herein or pertaining in any way to the case be served upon undersigned attorney at the address set forth below. The undersigned files this appearance on behalf of Defendant, DAVID SIESS, for purposes of trial only and not for purposes of appeal.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was hand delivered to: Office of the U.S. Attorney, Broward County, Florida, this 3rd day of October, 2000.

Respectfully submitted,
MARTIN I. JAFFE, ESQUIRE
Attorney for Defendant
P.O. Box 9057
Fort Lauderdale, FL 33310-9057
(954) 985-4157

By:_____
    MARTIN I. JAFFE, ESQ.
    Florida Bar No. 244848

597171_1.DOC

LAW OFFICE OF MARTIN I. JAFFE

EMERALD LAKE CORPORATE PARK, 3111 STIRLING ROAD, POST OFFICE BOX 9057, FT. LAUDERDALE, FLORIDA 33310-9057 • TEL. (954) 985-4157