AO 86A (Rev. 4/91) Consent to Proceed - Misdemeanor

# United States District Court

DISTRICT OF _Southern_ _Florida_

UNITED STATES OF AMERICA
V.
DAVID SIESS

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE

RECEIVED & FILED IN OPEN COURT
ON 10-3-00 AT WPB FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

CASE NUMBER: 00-6228-CR-HURLEY/VITUNAC

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and consent to trial, judgment and sentencing before a United States magistrate judge.

X _____,
Defendant

---

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury. _____
Defendant

Consented to by United States _____
Signature

_____
Name and Title

---

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

X _____,
Defendant

_____
Defendant's Attorney (if any)

Approved By _____
U.S. Magistrate Judge

_____
Date