# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 10/03/2000   TIME: 9:30 AM

DEFT. DAVID SIESS (SURR)   CASE NO. 00-6228-CR-HURLEY/VITUNAC

AUSA. STEPHEN CARLTON / STEVEN PETRI   ATTY. Martin Jaffe (Perm)

AGENT. ____   VIOL. 18:701

PROCEEDING  INITIAL & PLEA arraignment   BOND. $10,000 PSB RECOMMENDED

DISPOSITION Initial Arraignment Plea & Bond held

Deft present with counsel — sworn/test
Notice of permanent appearance filed
Information read to deft & advised of his rights.
Plea Agreement filed & read in open court.
Gov't proffers Evidence. Deft admits to charges & withdraws
previous plea of not guilty. Court questions deft,
finds him competent & accepts voluntary guilty plea.
Sentencing set for Wednesday, 12-13-00 @ 10:00 AM
before Judge Vitunac.
Court sets Bond @ $10,000 PSB - Unsecured. Deft must reside
@ 342 Johnson Street, Hollywood, FL. & not to move without
Court's permission. Not to have any contact with Denise Siess
or Tamara Walker Nares unless or until court dissolves
Injunction Order, to be employed 40 hours per week — to be verified
by PTS, Report to PTS 1 week by phone & in person as directed. No drugs/
Narcotics, drug treatment as deemed necessary by PTS. Test Today —
Results will not count, do not tape. Apply for or receive any
Travel documents, Travel restricted to continental U.S. No weapons/
Firearms.

DATE: 10-3-00   AEV 00-68-280