UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **00-6228-CR-HURLEY/VITUNAC**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID SIESS,

    Defendant.
_____/



## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on  OCTOBER 3, 2000 , where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**  Address:   ON BOND

    Telephone no.:

**DEFENSE COUNSEL:**  Name:    MARTIN JAFFE

    Address:   P.O. BOX 9057

       FORT LAUDERDALE, FLORIDA 33310-9057

    Telephone no.: (954) 985-4157

BOND/SET//////////: $  10,000 PSB

BOND//// hrg held: YES  X   NO___  BOND/PTD hrg set for_____

Dated this   3   day of    OCTOBER          , 2000.

                      CLARENCE MADDOX, CLERK OF COURT

                      By: _____
                            Deputy Clerk

c:  Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service