# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

VS.

DAVID SIESS   (B)
    (Deft. required)
    Defendant.

NOTICE

CASE NUMBER: 00-6228-CR-HURLEY/VITUNAC

TYPE OF CASE:

( ) CIVIL      (XX) CRIMINAL

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE<br>701 CLEMATIS STREET<br>WEST PALM BEACH, FL. 33401 | COURTROOM #3   (4TH FLOOR)<br>DATE AND TIME:<br>WEDNESDAY, 12-13-00 @ 10:00 AM |

TYPE OF PROCEEDING:

SENTENCING

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

OCTOBER 4, 2000
DATE

(BY) DEPUTY CLERK

TO: MARTIN JAFFE, ESQUIRE
    UNITED STATES ATTORNEY (STEVEN PETRI)
    UNITED STATES MARSHAL
    UNITED STATES PROBATION
    DEFENDANT