# United States District Court
## Southern District of Florida



United States of America  Case# 00-6228-
Vs

David SIESS  Prisoner # 53921-004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To Clerk's Office, United States District Court: (Circle One)

MIAMI    FT. LAUDERDALE    (WEST PALM BEACH)    FT PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST  10-3-00
2) LANGUAGE(S) SPOKEN  English
3) OFFENSE(S) CHARGED  _____
4) U.S. CITIZEN  [✓] YES  [ ] NO  [ ] UNKNOWN
5) DATE OF BIRTH  8-25-66
6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [✓] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT

CASE #  00-6228-CR
ORIGINATING DISTRICT  S/FL
COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES  [ ] NO
7) AMOUNT OF BOND  10,000  WHO SET BOND  Johnson
8) ARRESTING AGENT  F-B-I  DATE _____
9) AGENCY _____  PHONE _____
10) REMARKS _____