UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:00-6228-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

Plaintiff,

DAVID SIESS,

Defendant.
_____/

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

THIS CAUSE having come before this Honorable Court upon the Defendant, DAVID SIESS' Motion to Continue the Sentencing presently scheduled for December 13, 2000 at 10:00 a.m., and the Court having reviewed the Motion and being otherwise fully advised in the premises thereof, it is hereupon

ORDERED AND ADJUDGED that the Defendant's Motion to Continue the Sentencing is hereby Granted. Sentencing is hereby reset to Jan. 9, 2001, at 10 am.

DONE AND ORDERED at West Palm Beach, Florida this 12 day of December, 2000.

HONORABLE ANN E. VITUNAC
United States Magistrate Judge

Copies furnished:
Martin I. Jaffe, Esq.
AUSA Steven Petri
615727_1.DOC