AO 187 (Rev. 7/87) Exhibit and Witness

# United States District Court

**Southern** DISTRICT OF **Florida**

**USA v. David Siess**

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6228-CR-DTKH/AEV

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ann E. Vitunac | Stephen Carlton | Martin Jaffe |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
|  | Criss Bertling | Sandra Acevedo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 1-9-01 | ✓ | ✓ | State Court Order DUI / MADD Attendance |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

C-21-2000 13:05 FROM:ANCILLARY SOLUTIONS  954 9274844   TO:5616013891   P.002/003

IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA

| TRAFFIC DIVISION | | | Case Number |
|---|---|---|---|
| | SUPPLEMENTAL COURT ORDER | | 036837J |
| THE STATE OF FLORIDA VS. | | | |
| Defendant | DAVID M SIESS | Driver's License | S200173663050 |
| Address | 11636 NW 19 DR | Date of Birth | 08/25/1965 |
| | CORAL SPRINGS | Telephone | |
| | FL    33071573 | Municipality | |

**PLEASE NOTE: ONLY CHANGES IN YOUR SENTENCE HAVE BEEN INCLUDED ON THIS FORM. THEREFORE, THIS SUPPLEMENTAL COURT ORDER IS IN CONJUNCTION WITH PREVIOUS JUDGMENTS AND SUPPLEMENTAL COURT ORDERS.**

O  Whereas the above defendant in this case previously entered a plea of ____nolo contendere____
to the offense of ____DUI PROPERTY DAMAG PERS/INJ____
in violation of Florida Statute ____3161933C1____, was found ____guilty____
of said offense and was ordered and adjudged
____guilty____
by this court on ____02/11/1999____.

IT IS THEREFORE ordered by this Court that:

O  Case is closed.

**DONE AND ORDERED AT MIAMI, FLORIDA THIS __21__ DAY OF __December__, __2000__.**

*[signature]*

Judge/Hearing Officer

I have read and understand the above terms and conditions and I hereby acknowledge receipt of a copy of this form.

*[signature]*

Defendant

DEFENDANT'S EXHIBIT
CASE NO. 00-6228-CR-[illegible]/AEV
EXHIBIT NO. 1

C-21-2000 13:05 FROM:ANCILLARY SO' 'IONS   954 9274844   TO:561 913891   P.003/003

OM : MADD Broward       PHONE NO. :       Dec. 12 2000 12:14PM P1



**Mothers Against Drunk Driving**

BROWARD COUNTY CHAPTER • 11570 Wiles Road, Suite 4 • Coral Springs, Florida 33076
(954) 753-1772 • FAX (954) 753-1773 • Victim Assistance (954) 753-7272
Email: info@maddbroward.com • www.maddbroward.com

## SCARED SOBER

DATE 9-20-00

FULL NAME  Siess        David         M
           Last name    first name    middle initial

STREET ADDRESS  1440 Coral Ridge Dr #288

CITY/STATE  Coral Springs     ZIP CODE  33071

SOCIAL SECURITY #  154746375

DRIVERS LICENSE #  S 200 173 66 305 0

DATE OF BIRTH  8/25/66    CASE NUMBER  ? 0368375

SENTENCING JUDGE NAME  ? Schwartz

PROBATION OFFICER  William Barance

COUNTY CONVICTED IN  Dade

Form will be sent to Broward County Probation, 540 SE 3rd Ave., FL Lauderdale if address is not listed. If convicted in another county other than Broward you MUST list an address or form will be filed in office.

PROBATION'S ADDRESS  16666 NE 19 Ave
Miami FL  33162

DATE CONVICTED  5/20/00   CONVICTED OF  DUI

**ATTENDED**

SEP 2 0 2000

SCARED SOBER
SIGN

Amount Rec'd  30.    Receipt # 01002 7   Rec'd by

ID:ANCILLARY SOLUTIONS       PAGE:001  R=99%