# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 01/09/2001   TIME: 10:00 AM

DEFT. DAVID SIESS (B)   CASE NO. 00-6228-CR-HURLEY/VITUNAC

*Stephen Carlton*
AUSA. STEVEN PETRI   ATTY. MARTIN JAFFE (RETAINED)

AGENT. _____   VIOL. 18:701

PROCEEDING SENTENCING   BOND. $10,000 PSB

DISPOSITION: Sentencing held

Deft present with counsel - sworn

Parties present arguments.

Deft. sentenced to 5 years probation & $10 assessment with standard & special conditions.

Deft shall participate in an approved treatment program for mental health/substance abuse as directed by USPO & may include inpatient/outpatient treatment. Deft will contribute to the costs of services rendered. Deft shall obtain prior approval from USPO before entering into any self-employment. Deft shall provide complete access to financial information which includes business & personal to USPO. Deft must cease using credit cards. Must repay credit cards on schedule as determined by USPO.

DATE: 1-9-2001

TAPE: AEV 01-2-2334/01-371

COURT REPORTER - MISS BEATLING