IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO.: 00-6228-CR-HURLEY
                              Magistrate Judge Vitunac
   Plaintiff,

DAVID SIESS,
                              **NOTICE OF ADDRESS CHANGE**
   Defendant.
_____/

TO THE CLERK OF THE ABOVE COURT:

You will please take notice that **effective December 1, 2001,** pursuant to Rule 49, Fed. R. Crim. P., and as directed by said Rule, that any and all motions, petitions, applications, requests, demands, memoranda, briefs, notices, discovery, orders, opinions, and all such similar paper of any nature or description, made or filed by anyone pertaining to any party herein or pertaining in any way to the case be directed to the Defendant shall be forwarded to Defendant's counsel at the address shown below:

**MARTIN I. JAFFE, ESQ.
MUCHNICK, WASSERMAN, DOLIN, JAFFE & LEVINE, LLP
PRESIDENTIAL CIRCLE, SUITE 620N
4000 HOLLYWOOD BOULEVARD
HOLLYWOOD, FL 33021
Phone: (954) 989-8100
Fax: (954) 989-8700**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished via regular U.S. Mail delivery to: Office of the U.S. Attorney, 500 E. Broward Boulevard, Suite #700, Ft. Lauderdale, FL 33394, this 13 day of November, 2001.

Respectfully submitted,
MARTIN I. JAFFE, ESQUIRE
Attorney for Defendant
P.O. Box 9057
Fort Lauderdale, FL 33310-9057
(954) 985-4157

By:_____
   MARTIN I. JAFFE, ESQ.
   Florida Bar No. 244848