PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 65502

# United States District Court

for

## SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
NOV 15 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Siess          Case Number: 00-6228-CR-HURLEY/VITUNAC

Name of Sentencing Judicial Officer: The Honorable Daniel T.K. Hurley, United States District Judge, West Palm Beach, Florida

Date of Original Sentence: January 10, 2001

Original Offense:   Knowingly and Willfully Manufactured and thereafter Possessed United States Military Identification Cards.

Original Sentence:   Five (5) years probation with the following special conditions imposed: (1) The defendant shall participate in an approved treatment program for mental health/substance abuse as directed by the U.S. Probation Officer. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the probation officer, based on ability to pay or availability of third party payment; (2) The defendant shall obtain prior approval from the U.S. Probation Officer before entering into any self-employment. The defendant shall provide complete access to financial information, including disclosure of all business and personal finances to the U.S. Probation Officer; and (3) The defendant shall seize from using credit cards and must repay credit cards on a schedule to be determined by the U.S. Probation Officer.

Type of Supervision: Probation          Date Supervision Commenced: January 10, 2001

Assistant U.S. Attorney:                Defense Attorney:
Steven R. Petri                         Martin I. Jaffe
500 East Broward Blvd., 7th Floor       3111 Stirling Road
Fort Lauderdale, Florida                Fort Lauderdale, Florida
954-356-7255                            954-985-4157

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons



PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 65502

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about August 23, 2001, in Miami-Dade County, Florida, the probationer was arrested by the Sunny Isle Beach Police Department and charged with Leaving Scene of Crash Involving Injury, in violation of Florida Statue 316.027(1), a Third Degree Felony. On October 17, 2001, the probationer was found guilty by the court as to Docket Number F01026049 in the Miami-Dade County Circuit Court and he was sentenced to Two (2) Years Probation. |
| 2. | **Violation of Standard Condition,** by failing to notify the probation officer within seventy-two hours of being arrested by a law enforcement officer. On or about August 23, 2001, the probationer was arrested by the Sunny Isles Beach Police Department, Miami-Dade County, Florida, and he failed to advise the U.S. Probation Officer until September 20, 2001. |

U.S. Probation Officer Recommendation:

[ ]   The term of supervision should be
[X]   revoked.
[ ]   extended for _ years, for a total term of _ years.
[ ]   The conditions of supervision should be modified as follows:

Respectfully submitted,

by  *[signature]*

Barbra Somoano
U.S. Probation Officer
Phone: 954-769-5576
Date: November 5, 2001

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

*[signature]* Daniel T.K. Paul(?)
Signature of Judicial Officer

Nov. 14, 2001
Date