UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6228-CR-HURLEY/VITUNAC



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID SIESS,

    Defendant.
_____/

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the above entitled case is hereby set for an Initial Appearance on Violation of Probation on December 13, 2001 at 9:30 A.M., before the Honorable Linnea R. Johnson, Chief U.S. Magistrate Judge at United States District Court, 701 Clematis Street, West Palm Beach, Florida, Courtroom 4, Third Floor.

DATED: November 29, 2001       CLARENCE MADDOX, CLERK OF COURT

                                          by: *Emily Guerrero*
                                               Emily Guerrero, Deputy Clerk

Copies provided to:

Honorable Daniel T. K. Hurley
Steven Petri, AUSA
Martin I. Jaffe, Esq.
Barbra Somoano, USPO