## COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 12/14/01  TIME: 9:30 AM

DEFT. DAVID SIESS (SURRENDER)  CASE NO. 00-6228-CR-HURLEY/VITUNAC

AUSA. *Lauren Jorgensen*  ATTY. *Martin Jaffe - Perm.*

AGENT. BARBRA SOMOANO - USPO  VIOL. PROBATION VIOLATION

PROCEEDING  INITIAL  BOND.

FUTURE DATES

DISPOSITION  Defendant advised of rights. Stipulated bond set @ $100,000 PSB Defendant is to comply with directions of Probation. Probation Violation hearing set 1/3/02 @ 9:30 am.

DATE: 12/14/01   TAPE: LRJ-01- 70-1