# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 01/03/2002    TIME: 9:30 AM

DEFT. DAVID SIESS ✓ (B)              CASE NO. 00-6228-CR-HURLEY/VITUNAC

AUSA. Bruce Reinhart ✓ / LAUREN JORGENSEN     ATTY. MARTIN JAFFE ✓ (RETAINED)

AGENT. U.S. PROBATION                VIOL. VIOL. OF SUPERVISED RELEASE

PROCEEDING PRELIMINARY HEARING ON VIOL. OF SUPV. RELEASE      BOND. $100,000 PSB

DISPOSITION  Final held

Deft present with counsel & admits to Violation

Court request an updated PSI

Sentencing set for 3-4-02 @ 9:30 AM before Judge Vitunac

DATE: 1-3-02                TAPE: AEV 02-1-650