UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6228-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID SIESS,

    Defendant.
_____/



FILED by _____ D.C.
MAG. SEC.
JAN 0 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

THIS MATTER is before this Court on Consent to Proceed Before United States Magistrate Judge in a Misdemeanor Case, received and filed in open Court on October 3, 2000 (DE 4).

On January 3, 2002, Defendant appeared before this Court regarding two alleged violations of supervised release. Defendant was represented by retained counsel Martin Jaffe. The Government was represented by Assistant United States Attorney Bruce Reinhart. On November 14, 2001, United States District Judge Daniel T.K. Hurley issued a warrant for Defendant's arrest based on the following two alleged violations of supervised release:

1. Violation of Mandatory Condition by failing to refrain from violation of the law in that on or about August 23, 2001, in Miami-Dade County, Florida, the Defendant was arrested by the Sunny Isle Beach Police Department and charged with leaving the scene of a crash involving injury, in violation of Fla. Stat. §316.027(1), a third degree felony. The Defendant was found guilty as charged on October 17, 2001, in the Miami-Dade County Circuit Court.

2. Violation of Standard Condition by failing to notify the probation officer within 72 hours of being arrested by a law enforcement officer. The Defendant did not notify the U.S. Probation Officer of his August 23, 2001, arrest until September 20, 2001.

(Petition for Warrant or Summons for Offender Under Supervision (DE 18)).



During the hearing, the alleged violations of supervised release were read to Defendant and he was advised of his rights. Defendant admitted to these alleged violations. This Court accepts Defendant's admission.

It is therefore ORDERED as follows:

(1) The parties shall appear before this Court for Sentencing on the date and time that follow:

> DATE: March 4, 2002
> TIME: 9:30 a.m.
> PLACE: Courtroom 3
> Fourth Floor of the United States Courthouse
> Paul G. Rogers Federal Building
> 701 Clematis Street
> West Palm Beach, Florida 33401

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 4 day of January, 2002.

_____
ANN E. VITUNAC
United States Magistrate Judge

Copies to:

AUSA Bruce Reinhart (WPB)
Martin Jaffe, Esq.
U.S. Marshal
U. S. Pretrial Services