UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6228-CR-HURLEY/VITUNAC</u>

UNITED STATES OF AMERICA

    Plaintiff,

VS.

DAVID SIESS (B)

    Defendant.
_____

**NOTICE OF HEARING**

TYPE OF CASE:

( ) **CIVIL**       (XX) **CRIMINAL**

( ) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

PLACE:       ROOM NO.: <u>COURTROOM #3  (4TH FLOOR)</u>

DATE AND TIME:

TYPE OF PROCEEDING: **SENTENCING**

(XX) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| U.S. COURTHOUSE<br>701 CLEMATIS STREET<br>WPB, FL. 33401 | 3-4-02 @ 9:30 AM | **3-19-02 @ 9:30 AM** |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

(BY) DEPUTY CLERK

DATE: FEBRUARY 25, 2002

TO: MARTIN JAFFE, ESQUIRE
    UNITED STATES ATTORNEY (LAUREN JORGENSEN)
    UNITED STATES MARSHAL
    UNITED STATES PROBATION (BARBARA SOMOANO)
    DEFENDANT (342 Jackson Street, Hollywood, Florida 33019)