# United States District Court
## Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DAVID SIESS** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: **0:00CR06228-001**<br><br>**MARTIN JAFFE, ESQUIRE/JAMES HOPKINS, AUSA**<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  **1 AND 11**  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Violation of Mandatory Condition, by failing to refrain from violation of the law. Supervised Releasee was arrested by the Sunny Isle Beach Police Department and charged with Leaving Scene of Crash Involving Injury | 08/23/2001 |
| 11 | Violation of Standard Condition, by failing to notify the Probation Officer within seventy-two hours of being arrested by a law enforcement officer. | 08/23/2001 |

   The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: **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** | **03/19/2002**<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: **08/25/1966** | |
| Defendant's USM No.: **53921-004** | *(signature)*<br>Signature of Judicial Officer |
| Defendant's Residence Address:<br>**342 JACKSON STREET** | |
| **HOLLYWOOD    FL    33019** | **ANN E. VITUNAC**<br>**UNITED STATES MAGISTRATE JUDGE**<br>Name & Title of Judicial Officer |
| Defendant's Mailing Address:<br>**342 JACKSON STREET** | |
| **HOLLYWOOD    FL    33019** | **April 2, 2002**<br>Date |